UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
ANGEL GARCIA,                                :
                                             :    08 Civ. 3900 (HB)
            Petitioner,                      :
                                             :    **ORDER**
      -against-                              :
                                             :
UNITED STATES,                               :
                                             :
            Respondent.                      :
------------------------------------------------------x

**Hon. Harold Baer, Jr., District Judge:**

    WHEREAS on April 25, 2008, Petitioner Angel Garcia filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255; it is hereby

    ORDERED that the Assistant United States Attorney who has been assigned to this matter shall respond to the Petitioner's Motion by June 16, 2008. The Assistant United States Attorney may obtain a copy of the Motion from the Clerk of the Court.

**SO ORDERED.**

May ⎯, 2008
New York, New York

                                                U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

1