UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Angel Garcia,
Plaintiff,

-v-

United States,
Defendant.

-------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08-cv-3900(HB)(DE)

Douglas Eaton

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
Government's request for extension of time to respond to petitioner's habeas petition.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: Aug. 4, 2008 through

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

☐ All such motions: _____

*Do not check if already referred for general pretrial.

Dated 7/2/08

SO ORDERED:

United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08